

Inspection Service
Exhibit
1

Label 113, July 1987