IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND MONITORING OF AN ELECTRONIC ALERTING DEVICE AND TRACKING DEVICE AS A PHYSICAL SURVEILLANCE AID IN EXPRESS MAIL EK 091590035 US | ) | MAGISTRATE NO. 4:13-mj-00037-SAO |

RECEIVED
AUG 02 2013
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

ORDER

1. Application having been made by the United States on this 2nd day of August 2013, supported by the Affidavit of Justin M. Page, Postal Inspector, United States Postal Inspection Service, for an Order authorizing the placement and monitoring of an electronic alerting device and tracking device in Express Mail parcel EK 091590035 US addressed to "3570 Erin drive, North pole, AK 99705, Jason Heim," from "125 W Olive drive Apt "A" San Ysidro, Paul Velzaquez," and the Court, having considered fully the Application and Affidavit submitted in support of such an Order, finds:

    a. There is probable cause to believe that a person using the name "Jason Heim" residing at 3570 Erin drive, North pole, AK 99705," is engaged in violations of Title 21, United States Code, Section 841(a)(1), 843(b), 846 and Title 18, United States Code, Section 1716.

    b. There is probable cause to believe that an electronic alerting device and tracking device installed in the subject Express Mail parcel will assist law enforcement officers in conducting surveillance of the Express Class Mail parcel and in determining the moment at which the parcel is opened and to monitor the movement of the parcel if it is moved to a

different location than the delivery address.

IT IS HEREBY ORDERED, on the basis of the aforementioned Application and Affidavit, and pursuant to Title 18 USC 3117(a), that members of the United States Postal Inspection Service, in conjunction with local law enforcement, may install, monitor, utilize, and retrieve an electronic alerting device and tracking device within the above described package, either on public or private property, for a period of three (3) days, or whenever the investigation may end, whichever is sooner. Should the electronic alerting device indicate that the package has been opened, or if the electronic alerting device malfunctions, or at least two (2) hours have elapsed while the package has remained at the same location and the device has not indicated the package has been opened, law enforcement officers may retrieve the package and devices, either on public or private property. This authorization is for either day or night. Any search of the property where the package is opened or delivered will require application for a search warrant.

IT IS FURTHER ORDERED that this Application, Affidavit and Order are hereby sealed pending further order of this court.

Dated this 2nd day of August 2013.

Redacted Signature

Honorable Scott A. Oravec
United States Magistrate Judge
United States District Court
District of Alaska